```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | |
|---|---|
| KAMERON KELSEY, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:08-CV-160 (CDL) |
| LINDA PIERCE, BOBBY C. PETERS, | * |
| Defendants. | * |
| | * |

### ORDER ON RECOMMENDATION OF DISMISSAL
### BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on December 9, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 14th day of January, 2009.

/s/ Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE